# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| BENJAMIN A. NISBET,<br><br>    Petitioner,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Respondent. | Case No. CV 09-356-C-REB<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed with this Judgment,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this matter is REMANDED to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings as set forth in the Memorandum Decision and Order.

DATED: **September 30, 2010.**

Honorable Ronald E. Bush
U. S. Magistrate Judge

**JUDGMENT - 1**